IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 10-30138 |
| POTTS, LEROY JOSEPH, | Chapter 7 |
| Debtor. | |

APPLICATION TO EMPLOY ACCOUNTANT

Jacqueline Sells Homann, Trustee, respectfully shows the Court and petitions the Court as follows:

1. Petitioner is the duly appointed Trustee herein.

2. It is possible that it will be necessary for the bankruptcy estate to pay taxes in this case.

3. Kruggel, Lawton & Company, LLC of Elkhart, Indiana, are Certified Public Accountants who are competent to perform the duties of accountant, are disinterested and can assist the Trustee in research and review of potential tax liens and providing accounting services if and as needed.

4. Petitioner desires to employ John Frizzo of Kruggel, Lawton & Company, LLC as accountant on an agreed hourly fee of $175.00.

6. John Frizzo of Kruggel, Lawton & Company, LLC has agreed to act as accountant and upon performance of services for the Trustee will submit an application for compensation for services.

7. To the best of Trustee's knowledge, John Frizzo and Kruggel, Lawton & Company, LLC has no connection with the debtor, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

1

WHEREFORE, Petitioner prays that an Order be entered authorizing John Frizzo and Kruggel, Lawton & Company, LLC to serve as accountant on behalf of the estate on the basis set forth above.

Date:  June 28, 2010

  /s/  Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 S. Michigan Street
Post Office Box 4577
South Bend, Indiana  46634-4577
Telephone:  (574) 233-1194
Facsimile:  (574) 233-8957

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June 2010, a true and correct copy of the above and foregoing Application to Employ Accountant was served by depositing in the United States mail, correct postage prepaid, upon the following parties:

| | |
|---|---|
| Debra Voltz-Miller | United States Trustee |
| dvoltz-miller@datacruz.com | ustpregion10.so.ecf@usdoj.gov |

  /s/  Jacqueline Sells Homann
Jacqueline Sells Homann