UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Leroy Joseph Potts | ) | Case No. 10-30138 |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO AMEND

At South Bend, Indiana, on July 26, 2010.

On July 21, 2010, debtor, by counsel, filed a Certificate of Service Notice of Motion and Opportunity to Object regarding Motion to Abandon and Turnover Title. Said certificate of service is defective for the reason that it gives an incorrect name of the motion.

IT IS ORDERED that debtor shall submit an amended Certificate of Service Notice of Motion and Opportunity to Object to the court not later than August 16, 2010. Failure to comply with this order will cause the Certificate of Service Notice of Motion and Opportunity to Object to be stricken without further notice or order.

/s/ Harry C. Dees, Jr.
Harry C. Dees, Jr., Judge       C08
United States Bankruptcy Court